UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONICA STEVENS,

        Plaintiff,

v.                                                                            Case No. 5:16-cv-12546
                                                                Hon. John Corbett O'Meara

MATTHEW STEWARD,

        Defendant.
_____/

## OPINION AND ORDER OF SUMMARY DISMISSAL WITHOUT PREJUDICE

This is a civil action brought by Monica Stevens under 42 U.S.C. § 1983. Plaintiff is a Michigan prisoner at the Huron Valley Women's Complex.

On July 28, 2016, the Court issued an Order to Correct Deficiency [Dkt. 3] because Plaintiff did not submit the filing fee or an application to proceed in forma pauperis. Plaintiff was given until August 29, 2016, to correct the filing deficiency. Plaintiff has failed to comply with the order.

Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for want of prosecution. See Fed. R. Civ. P. 41(b), *Erby v. Kula*, 113 Fed. Appx. 74, 75-6 (6th Cir. 2004); *Davis v. United States*, 73 Fed. Appx. 804, 805 (6th Cir. 2003).

**SO ORDERED.**

                                                          s/John Corbett O'Meara
                                                          United States District Judge

Date: September 21, 2016

I hereby certify that a copy of the foregoing document was served upon Plaintiff this date, September 21, 2016, using first-class U.S. mail.

                                                          s/William Barkholz
                                                          Case Manager